UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KEON L. BOGGS,<br><br>    Plaintiff,<br><br>v.<br><br>HOTEL 821 WASHINGTON STREET, BOSTON,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  No. 1:24-cv-12860-JEK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **MEMORANDUM AND ORDER ADOPTING REPORT AND RECOMMENDATION**

**KOBICK, J.**

On November 27, 2024, Magistrate Judge Hedges allowed plaintiff Keon L. Boggs' application to proceed in forma pauperis, but concluded, on review of the complaint under 28 U.S.C. § 1915(e)(2) and Federal Rule of Civil Procedure 12(h)(3), that the complaint failed to provide a sufficient basis for subject matter jurisdiction. ECF 4. Judge Hedges granted Boggs leave to file an amended complaint on or before January 3, 2025.

Boggs did not file an amended complaint. On January 21, 2025, Judge Hedges issued a Report and Recommendation noting that the time to file an amended complaint had passed. ECF 6. She consequently recommended that the Court dismiss Boggs' complaint for lack of subject matter jurisdiction under Rule 12(h)(3).

Boggs did not file objections to the Report and Recommendation within the time allowed by Fed. R. Civ. P. 72(b)(2) and 28 U.S.C. § 636(b)(1)(C). Having reviewed the Report and Recommendation and the underlying November 27, 2024 Memorandum and Order, I agree with Judge Hedges' determination that the complaint does not provide a sufficient basis for subject

matter jurisdiction and must be dismissed under Rule 12(h)(3). Accordingly, it is hereby ORDERED that:

1. The Magistrate Judge's Report and Recommendation (ECF 6) is ADOPTED and INCORPORATED pursuant to 28 U.S.C. § 636(b)(1).

2. For the reasons stated in the Report and Recommendation, this action is DISMISSED.

3. The Clerk is directed to enter a separate order of dismissal.

SO ORDERED.

/s/ Julia E. Kobick
Julia E. Kobick
United States District Judge

Dated: February 11, 2025